

FILED

OCT 07 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:08-cr-00361 OWW |
| Plaintiff, ) | |
| v. ) | ORDER STAYING MAGISTRATE JUDGE'S ORDER RELEASING DEFENDANT ON CONDITIONS PENDING HEARING ON THE GOVERNMENT'S MOTION FOR REVOCATION HEARING, AND ORDER SETTING BRIEFING SCHEDULE |
| DAVINDER SINGH, ) | |
| Defendant. ) | |

    Upon application of the United States Government for an extension of the stay of the order of U.S. Magistrate Judge Dennis L. Beck setting conditions of release for the above-named defendants, and good cause appearing,

    IT IS HEREBY ORDERED THAT the Magistrate Judge's order setting conditions for release of the above-named defendant, be stayed pending the disposition of the government's motion to revoke such orders.

    IT IS FURTHER ORDERED that the date for the bail appeal shall be set at the earliest convenience of the Court and the parties.

Dated: 10-7-08

_____
OLIVER W. WANGER
Senior U.S. District Judge