**LAW OFFICES OF JOHNNY L. GRIFFIN III**
JOHNNY L. GRIFFIN III  (SBN 118694)
1010 F Street, Suite 200
Sacramento, California 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
Sokha Bhopal

## IN THE UNITED STATES DISTRICT

## COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: Cr.S-08-361-OWW |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | DATE**:**  January 26, 2009 |
| Sokha Bhopal, et al | TIME:  1:30 a.m. |
| Defendants. | Hon. **Oliver W. Wanger** |

Defendants, by and through their undersigned counsel, and the United States of America, through Assistant United States Attorney, Karen A. Escobar, hereby agree and stipulate to continue the status conference in the above captioned case from January 26, 2009 to February 23, 2009 at 1:30 a.m.[1] This continuance is requested because counsel for defendants need additional time to review discovery, conduct further investigation, and engage in settlement negotiations with counsel for the Government.

---

[1] The parties have been advised by this Court's Clerk that February 23, 2009 at 1:30 a.m. is an available date and time for a status conference on this matter.

PDF created with pdfFactory trial version www.pdffactory.com

The parties further agree and stipulate that time be excluded from January 26, 2009 to February 23, 2009 pursuant to Local Code T4, and 18 U.S.C. §3161(h)(1)(8)(B)(iv).

Dated:  January 22, 2009            ss// Johnny L. Griffin, III_____
                                                            JOHNNY L. GRIFFIN, III
                                                            Attorney at Law

ss// Anthony Capozzi [2]
ANTHONY CAPOZZI
Attorney at Law

ss// Ann Voris
ANN VORIS
Attorney at Law

ss// Richard Troberman
RICHARD TROBERMAN
Attorney at Law

Dated:  January 22, 2009            ss// Karen A. Escobar [3]
KAREN A. ESCOBAR
Assistant United States Attorney

---

[2] Attorneys Anthony Capozzi, Ann Voris, and Richard Troberman have telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on their behalf.

[3] Assistant United States Attorney Karen A. Escobar has telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on her behalf.

2

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendants' counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendants in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated: January 23, 2009                    /s/ OLIVER W. WANGER
                                           Hon. Oliver W. Wagner
                                           United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com