ANTHONY P. CAPOZZI, CSBN 068525
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
DAVINDER SINGH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DAVINDER SINGH,<br><br>　　　　Defendant. | Case No.: CR-F-08-0361 OWW<br><br>STIPULATION FOR CONTINUANCE AND ORDER THEREON |

　　　　IT IS HEREBY STIPULATED between the Defendant, DAVINDER SINGH, by and through his respective attorney-of-record, Anthony P. Capozzi and Plaintiff, by and through Assistant United States Attorney, Karen A. Escobar, that the hearing now set for Monday, July 27, 2009, be continued to Monday, August 3, 2009, at 9:00 a.m.

　　　　It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

　　　　(1)　　　　Title 18, United States Code, Section 3161(h)(8)(A) --  that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

(2)  Title 18, United States Code, Section 3161(h)(8)(B)(ii): that is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated: July 20, 2009

/s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI,
Attorney for Defendant,
DAVINDER SINGH

Dated:  July 20, 2009

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

## ORDER

IT IS SO ORDERED.  Good cause having been shown, the hearing set for Monday, July 27, 2009 is vacated and continued to Monday, August 3, 2009 at 9:00 a.m.

Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(8)(A) and 3161(h)(8)(B)(ii).

IT IS SO ORDERED.

**Dated:   July 24, 2009**             /s/ Oliver W. Wanger

UNITED STATES DISTRICT JUDGE