1  **LAW OFFICES OF JOHNNY L. GRIFFIN III**
JOHNNY L. GRIFFIN III  (SBN 118694)
2  1010 F Street, Suite 200
Sacramento, California 95814
3  Telephone: (916) 444-5557
Facsimile: (916) 444-5558
4

Attorney for Defendant
5  Sokha Bhopal

6

7  **IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 8  UNITED STATES OF AMERICA, | Case No.: 1:08-cr-00361-OWW |
| 9  Plaintiff, | **STIPULATION AND ORDER** |
| 10 | Hon. **Oliver W. Wanger** |
| 11 | |
| 12  SOKHA BHOPAL, ET AL | |
| 13  Defendants. | |

Defendant, by and through his undersigned counsel, Johnny L. Griffin III, and the United States of America, through Assistant United States Attorney, Karen A. Escobar, hereby agree and stipulate to vacate the January 11, 2010, date for filing of the motions in limine and reset the date for the filing of motions in limine to January 13, 2010, and any responses to be filed on January 19, 2010.  The basis of this agreement and stipulation is to allow defense counsel additional time to meet with Defendant in connection with the government's written plea offer.  The parties further agree that that the trial confirmation and hearing on motions in limine will remain the same on January 25, 2010.

PDF created with pdfFactory trial version www.pdffactory.com

1  Time has been previously excluded from through the trial date of February 2, 2010 pursuant to
2  Local Code T4, and 18 U.S.C. §3161(h)(1)(8)(B)(iv).

Dated: January 8, 2010         /s/ Johnny L. Griffin, III
                               JOHNNY L. GRIFFIN, III
                               Attorney at Law

Dated: January 8, 2010         /s/ Karen A. Escobar [1]
                               KAREN A. ESCOBAR
                               Assistant United States Attorney

ORDER

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order. The filing of the motions in limine shall be continued to January 13, 2010 and the responses are due January 19, 2010.

**IT IS SO ORDERED.**

Dated: January 8, 2010         /s/ OLIVER W. WANGER
                               United States Senior District Judge

---

[1] Assistant United States Attorney Karen A. Escobar has telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on her behalf.

Law Offices of Johnny L Griffin III
1010 F Street, Suite 200; Sacramento, CA 95814
(916) 444-5557
www.johnnygriffinlaw.com

PDF created with pdfFactory trial version www.pdffactory.com