ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
DAVINDER SINGH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR-F-08-0361 OWW |
| Plaintiff, ) | |
| vs. ) | STIPULATION TO ADVANCE SENTENCING HEARING AND ORDER THEREON |
| DAVINDER SINGH, ) | |
| Defendant. ) | |

    IT IS HEREBY STIPULATED between the Defendant, DAVINDER SINGH, by and through his respective attorney-of-record, Anthony P. Capozzi and Plaintiff, by and through Assistant United States Attorney, Karen A. Escobar, that the Sentencing Hearing now set for Monday, June 28, 2010 be advanced to Monday, May 3, 2010, at 1:30 p.m.

                        Respectfully submitted,

Dated: April 26, 2010

                         /s/ Anthony P. Capozzi
                        ANTHONY P. CAPOZZI,
                        Attorney for Defendant,

- 1 –

DAVINDER SINGH

Dated: April 23, 2010

      /s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

## **ORDER**

IT IS SO ORDERED. Good cause having been shown, the hearing set for Monday, June 28, 2010 is vacated and advanced to Monday, May 3, 2010 at 1:30 p.m.

IT IS SO ORDERED.

Dated: **April 29, 2010**         **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE